IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ABEL,

    Petitioner,               No. CIV S-11-0721 GGH P

   vs.

FRANK X. CHAVEZ, Warden,

    Respondent.          <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding through retained counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        In addition to filing and serving a petition, petitioner has also filed and served a motion for stay and abeyance, asserting that only one of his three claims has been exhausted and that the remaining two claims are currently pending adjudication in state court.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Respondent is directed to file a response to petitioner's motion for a stay (docket # 4) within fourteen (14) days.

        2. The Clerk of the Court shall serve a copy of this order and *the consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this court* on

1

1 | Michael Patrick Farrell, Senior Assistant Attorney General.

2 | DATED: March 22, 2011

/s/Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
abel0721.ord